(53 Misc. Rep. 370.)

GERHARD MENNEN CHEMICAL CO. v. DRESSNER.

(City Court of New York, Special Term. March, 1907.)

EXECUTION—SUPPLEMENTARY PROCEEDINGS—MOTION TO VACATE.

At the end of an examination in supplementary proceedings, it is too late to move to vacate the order for examination on the ground that the judgment was not properly entered.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 21, Execution, § 1142.]

Action by the Gerhard Mennen Chemical Company against Louisa B. Dressner. Judgment for plaintiff. On motion to vacate order for examination in supplementary proceedings. Denied.

James A. Blanchfield, for creditor.

Leach & MacGregor, for debtor.

O'DWYER, C. J. Proof of the facts necessary for the order directing the judgment debtor to appear for examination was presented to the judge granting the same. The debtor has appeared pursuant thereto and submitted to examination thereunder, and at the end of that examination, upon motion wherein she has appeared by counsel, a receiver of her property has been appointed. It is now sought to vacate the order for her examination upon the ground that the judgment is not properly entered. It is too late to question the regularity of this proceeding, and the irregularity in the entry of the judgment may not now be questioned. Motion denied, with $10 costs. See Curtois v. Harrison, 3 Abb. Prac. (N. Y.) 96.

Motion denied, with $10 costs.